```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
```

JOSEPH VILCHEZ LAUE                         CIVIL ACTION

VERSUS                                      NUMBER: 07-1371

RODNEY STRAIN, SHERIFF, ET AL.              SECTION: "S"(5)

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants and against plaintiff, Joseph Vilchez Laue, dismissing plaintiff's Section 1983 action with prejudice for failure to prosecute.

New Orleans, Louisiana, this 26th day of June, 2007.

                                    _____
                                       UNITED STATES DISTRICT JUDGE