UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH VILCHEZ LAUE                           CIVIL ACTION

VERSUS                                        NUMBER: 07-1371

RODNEY STRAIN, SHERIFF, ET AL.                SECTION: "S"(5)

**ORDER**

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves same and adopts it as its opinion in this matter.

Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 action is **HEREBY DISMISSED** for failure to prosecute.

New Orleans, Louisiana, this   26th   day of   June  , 2007.

_____
UNITED STATES DISTRICT JUDGE